UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANCED EXPORTS, LLC | : | CIVIL ACTION NO. |
| | : | |
| v. | : | |
| | : | |
| SEABROOK WALLCOVERINGS, INC. | : | 18-830 |

O R D E R

AND NOW, this 16th day of August, upon consideration of Plaintiff's Motion to Compel Seabrook Wallcovering, Inc.'s Discovery Responses, docketed in this case as Document No. 23, the response thereto, and Plaintiff's reply, it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART as follows:

    1. Defendant shall provide to Plaintiff within two weeks of the date of this Order (August 30, 2018), revised written responses to Plaintiff's two sets of document requests. The responses shall unequivocally set forth any objection/s; identify the matter withheld in accordance with these objections; and attach any responsive material which has not already been produced and as to which no objection is asserted, in compliance with Fed. R. Civ. Pr. 34(b);

    2. Defendant shall provide to Plaintiff on or before August 30, 2018, financial information sufficient to show the amount of its sales in Plaintiff's former territory since September 21, 2017. This information may be in the form of a compilation prepared for the purposes of responding to this request;

    3. Defendant shall provide to Plaintiff on or before August 30, 2018, all communications with third parties in which it mentions Plaintiff. To the extent that this material has already been provided, in response to this or any other discovery request, Plaintiff shall specifically identify each document or other material and the request in response to which it has been provided;

    4. Defendant shall provide to Plaintiff on or before August 30, 2018, communications in which it created or established a distributorship relationship with Décor Deluxe. Details of the relationship may be redacted, as long as the date of the communication is visible, along with sufficient text to give some idea of the nature of the communication;

    5. Defendant shall provide to Plaintiff any material described in Plaintiff's Request No. 5 which reflects or pertains to Defendant's decision to terminate its relationship with Plaintiff. If no such material exists, Defendant is to state that this is the case in a signed, verified, discovery response.

Plaintiff's Motion is otherwise DENIED.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE