# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADVANCED EXPORTS, LLC** | : | CIVIL ACTION |
| **v.** | : | |
| **SEABROOK WALLCOVERINGS, INC.** | : | NO. 18-830 |

## ORDER

**NOW,** this 3rd day of January, 2019, upon consideration of defendant Seabrook Wallcoverings, Inc.'s Motion for Summary Judgment (Document No. 31), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks summary judgment in favor of the defendant on Counts II through VI of the Complaint, it is **GRANTED**;

2. In all other respects, the motion is **DENIED**.

/s/TIMOTHY J. SAVAGE