# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADVANCED EXPORTS, LLC** | : | **CIVIL ACTION** |
| **v.** | : | |
| **SEABROOK WALLCOVERINGS, INC.** | : | **NO. 18-830** |

## ORDER

**NOW,** this 7th day of February, 2019, upon consideration of Advanced Exports, LLC's Motion for Reconsideration of the Court's Order Granting, In Part, the Motion for Summary Judgment Filed by Seabrook Wallcoverings, Inc. (Document No. 37) and the defendant's response, it is **ORDERED** that the motion is **DENIED**.

/s/TIMOTHY J. SAVAGE